**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09–5700 PA (RCx) <br> CV 09-5761 PA(RCx) | Date | October 1, 2009 |
|---|---|---|---|
| Title | Mut. Pharm. Co. v. Watson Pharm., Inc., et al. <br> Mut. Pharm. Co. v. Indena S.p.A., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – COURT ORDER

     The Court orders the parties to show cause in writing why these cases should not be consolidated.  See Fed. R. Civ. P. 42(a).  The parties' responses to the order to show cause, which shall not exceed ten (10) pages, shall be filed by October 13, 2009.

     IT IS SO ORDERED.